## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs.  The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1.      The Trustee prepared annual reports to the United States Trustee's Office.

2.      The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3.      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets. At the first meeting of creditors Trustee learned that debtor owns Mexico real estate with a value of not less than $20,000 free and clear of liens, claims or encumbrances. This Mexico Real Estate was not scheduled on Debtor's chapter7 petition. By letter dated July 23, 2007 Trustee demanded that Debtor provide all documentation regarding the Mexico Property. Trustee and his counsel later filed a motion for turnover and a complaint to revoke the Debtor's discharge as the Debtor had sold the property without authority of the Bankruptcy Court and failed to turnover the proceeds of sale. Debtor later turned over the proceeds of sale in the amount of $5,174.00.

4.      The Trustee attended to tax issues concerning the estate.

5.      The Trustee reviewed the claims filed in this case. No claims objections were necessary.

Exhibit A