**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| GOMEZ, JOSE | ) | |
| | ) | CASE NO. 07 B 10498 |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 719
   Chicago, Illinois 60604

   on: **July 23, 2008**
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                               $      5,174.38

   b. Disbursements                          $          0.00

   c. Net Cash Available for Distribution $   5,174.38

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,267.44 | $ |
| Trustee | $ 0.00 | $ | $ 84.72 |
| Trustee's Firm Legal | $ 0.00 | $ 1,500.00 | $ |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.  Claims of general unsecured creditors totaling $3,385.98, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $68.58%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | eCAST Settlement Corporation successor to | $ 3,385.98 | $ 2,322.22 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the

      Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **June 24, 2008**        For the Court,

      By: **KENNETH S. GARDNER**
          Kenneth S. Gardner
          Clerk of the United States Bankruptcy Court
          219 S. Dearborn Street, 7th Floor
          Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                Page 1 of 1               Date Rcvd: Jun 24, 2008
Case: 07-10498                    Form ID: pdf002            Total Served: 20

The following entities were served by first class mail on Jun 26, 2008.
db            Jose Gomez,    103 Grow Lane,    Streamwood, IL 60107-1405
aty          +Timothy K Liou,    Liou Law Firm,    575 West Madison St,    Suite 361,    Chicago, IL 60661-2614
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11417505      Arrow Financial Services,    Box 469005,    Chicago, IL 60646-9005
11417506     +Citi Cards,    Box 6401,    The Lakes, NV 88901-6401
11417507     +Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
11417508      Encore Receivable Management, Inc.,    Box 3330,    Olathe, KS 66063-3330
11417509     +Freedman Anselmo Lindberg And Rappe,    Suite 333,    1807 West Diehl Road,
               Naperville, IL 60563-1890
11417503      Gomez Jose,    103 Grow Lane,    Streamwood, IL 60107-1405
11417511     +LTD Financial Services,    Suite 1600,    7322 Southwest Freeway,    Houston, TX 77074-2053
11417504      Law Office Of Timothy K Liou,    Suite 361 575 West Madison Street,    Chicago, IL 60661-2614
11417512      National Actin Financial Services,    Suite 100,    Box 9027,    Williamsville, NY 14231-9027
11417513     +Nco Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
11417514     +Providian,    P.O. Box 660433,    Dallas, TX 75266-0433
11417515      Sears Roebuck & Company,    Box 20363,    Kansas City, MO 64195-0363
11417516      U. S. Cellular,    Box 0203,    Palatine, IL 60055-0203
11417517      Valentine & Kerbarats, Inc.,    Box 325,    Lawrence, MA 01842-0625
11417518     +Washington Mutual Bank,    P.O. Box 660433,    Dallas, TX 75266-0433
12087789      eCAST Settlement Corporation successor to,    Arrow Financial Services LLC assignee,
               of WASHINGTON MUTUAL BANK,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jun 25, 2008.
11417510     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2008 06:36:56       Home Depot,    Credit Card Billing,
               Box 103072,    Roswell, GA 30076-9072
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 26, 2008**                     **Signature:**   *Joseph Speetjens*