## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| **Case Number:** | 07-10498 JDS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| **Case Name:** | GOMEZ, JOSE | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****96-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7596876 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/19/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/11/08 | {7} | Jose Gomez | Sale of Mexico property not originally scheduled. | 1210-000 | 5,174.00 | | 5,174.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.38 | | 5,174.38 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.64 | | 5,175.02 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.65 | | 5,175.67 |
| 07/24/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.48 | | 5,176.15 |
| 07/24/08 | | To Account #********9666 | for distribution | 9999-000 | | 5,176.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,176.15 | 5,176.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,176.15 | |
| | | | **Subtotal** | | 5,176.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,176.15** | **$0.00** | |

Exhibit B

{} Asset reference(s)                                                                                                                Printed: 08/19/2008 02:55 PM     V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| **Case Number:** | 07-10498 JDS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | GOMEZ, JOSE | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****96-66 - Checking Account |
| **Taxpayer ID #:** | 13-7596876 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/19/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/08 | | From Account #********9665 | for distribution | 9999-000 | 5,176.15 | | 5,176.15 |
| 07/25/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,267.44, Trustee Compensation; Reference: | 2100-000 | | 1,267.44 | 3,908.71 |
| 07/25/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $84.72, Trustee Expenses; Reference: | 2200-000 | | 84.72 | 3,823.99 |
| 07/25/08 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $1,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,500.00 | 2,323.99 |
| 07/25/08 | 104 | eCAST Settlement Corporation successor to | Dividend paid 68.63% on $3,385.98; Claim# 1; Filed: $3,385.98; Reference: | 7100-000 | | 2,323.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,176.15 | 5,176.15 | $0.00 |
| | | | Less: Bank Transfers | | 5,176.15 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,176.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,176.15** | |

{} Asset reference(s)            Printed: 08/19/2008 02:55 PM    V.10.54

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 07-10498 JDS | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | GOMEZ, JOSE | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****96-66 - Checking Account |
| **Taxpayer ID #:** | 13-7596876 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/19/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****96-65** | 5,176.15 | 0.00 | 0.00 |
| **Checking # ***-*****96-66** | 0.00 | 5,176.15 | 0.00 |
| | $5,176.15 | $5,176.15 | $0.00 |

{} Asset reference(s)    Printed: 08/19/2008 02:55 PM    V.10.54